# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ALPINE STRAIGHTENING SYSTEMS, et al.,

    Plaintiffs,

v.

    Case No: MDL 2557
    6:14-cv-6003-Orl-31EJK (Utah)

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,

    Defendants.

## ORDER

Pursuant to the Mandate of the 11th Circuit Court of Appeals (Doc. 159), this Court's order (Doc. 101) dismissing Plaintiffs' First Amended Complaint (Doc. 13) became a final judgment when the deadline to amend expired.   It is, therefore,

**ORDERED** that the Clerk shall enter judgment for Defendants and close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 18, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party